August BALTER et al., Appellants, v. John L. NAGLE, Individually and as Agent of the National Park Service of the United States, etc., et al.

No. 11059.

Circuit Court of Appeals, Eighth Circuit.

Nov. 23, 1937.

David H. Robertson, of St. Louis, Mo., for appellants.

Harry C. Blanton, U. S. Atty., of Sikeston, Mo., for appellees.

PER CURIAM.

Appeal docketed and dismissed on motion of appellee and motion of appellants.

BANK OF UNITED STATES, Appellant, v. James M. CHRISTIAN, Bankrupt, Appellee.

No. 6539.

Circuit Court of Appeals, Third Circuit.

Jan. 4, 1938.

McDermott, Enright & Carpenter, of Jersey City, N. J. (James D. Carpenter, Jr., and Charles B. Collins, both of Jersey City, N. J., of counsel), for appellant.

Thomas L. Zimmerman, Jr., of Ridgewood, N. J., for appellee.

Before BUFFINGTON and BIGGS, Circuit Judges, and WATSON, District Judge.

PER CURIAM.

In the court below the referee filed a report which found the specifications to objections to discharge of the bankrupt were unfounded. Subsequently exceptions to this report were overruled by the court and the bankrupt was granted a discharge. Thereupon the objecting creditor took this appeal.

The case is wholly one of fact, and, in the face of the finding by the referee and the court below, we find no warrant for holding the court in error in granting the bankrupt's discharge. So regarding, the bill is dismissed and the decree below is affirmed.

BANK OF AMERICA NATIONAL TRUST & SAVINGS ASS'N, etc., v. WESTERN WOMEN'S CLUB.

No. 8699.

Circuit Court of Appeals, Ninth Circuit.

Jan. 7, 1937.

See, also, 93 F.2d 189.

Louis Ferrari and Geo. D. Schilling, both of San Francisco, Cal., for appellant.

Byrne, Lamson & Jordan, of San Francisco, Cal., for appellee.

Before GARRECHT, MATHEWS, and HANEY, Circuit Judges.

PER CURIAM.

Pursuant to stipulation of counsel for respective parties, ordered appeal herein dismissed, that a decree of dismissal be filed and entered accordingly, and the mandate of this court issue forthwith.

Louis J. BECKER, Collector of Internal Revenue, First District of Missouri, Appellant, v. Laura M. MATTIS.

No. 11032.

Circuit Court of Appeals, Eighth Circuit.

Oct. 11, 1937.

Herbert H. Freer, Asst. U. S. Atty., of St. Louis, Mo., for appellant.

Chase Morsey, of St. Louis, Mo., for respondent.

PER CURIAM.

Appeal docketed and dismissed on motion of appellant and waiver and consent of appellee.